AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NASH N. TUTEN,

Plaintiff,

v.

JUSTIN CAUSE, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-371

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 22, 2024, Plaintiff's complaint is dismissed.

This case stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia

March 22, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_/s/_
(By) Deputy Clerk

GAS Rev 10/2020